NO. 07-07-0314-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 16, 2008
_____

TIMOTHY RAY WILLIAMS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 18246-B; HON. JOHN B. BOARD, PRESIDING
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

After a jury trial, appellant, Timothy Ray Williams, was convicted of two counts of possession of a controlled substance. His punishment was assessed by the jury at twenty years imprisonment. Appellant timely filed his notice of appeal. Appellant's appointed counsel filed a motion to withdraw, together with an *Anders*[1] brief, wherein he certified that, after diligently searching the record, appellant's appeal is without merit. Along with his brief, counsel also filed a copy of a letter sent to appellant informing him of counsel's belief

[1]*See Anders v. California*, 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

that there was no reversible error and of appellant's right to appeal *pro se.* Appellant filed a *pro se* response on April 23, 2008.

In compliance with the principles enunciated in *Anders*, appellate counsel discussed potential grounds of error and then explained why they were meritless. Thereafter, we conducted our own review of the record to assess the accuracy of appellate counsel's conclusions and to uncover any error, reversible or otherwise, pursuant to *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991), and concluded that none existed.

Accordingly, the motion to withdraw is granted and the judgment is affirmed.


Brian Quinn
Chief Justice

Do not publish.